AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Shyheem Lee Smith <br> *Plaintiff* <br> v. <br> MM Mitchell, L. Rosario, R. Blocker <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 4:12-cv-1454-MGL <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed with prejudice pursuant to Rule 41b of the Federal Rules of Civil procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis, United States District Judge. The Court accepts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date: September 21, 2012                                         *CLERK OF COURT*


                                                                 s/Debbie Stokes
                                                                 Deputy Clerk